CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 27 TO APRIL 29, 1907.

No. 628. ED. SMITH, PLAINTIFF IN ERROR, *v.* THE STATE OF TENNESSEE. In error to the Supreme Court of the State of Tennessee. February 27, 1907. Docketed and dismissed with costs, on motion of *Mr. Charles T. Cates, Jr.*, for the defendant in error. No one opposing.

---

No. 254. NORTH SHORE BOOM AND DRIVING COMPANY, PLAINTIFF IN ERROR, *v.* NICOMEN BOOM COMPANY. In error to the Supreme Court of the State of Washington. March 11, 1907. Dismissed with costs, on motion of *Mr. S. H. Piles* for the plaintiff in error. *Mr. S. H. Piles* for plaintiff in error. *Mr. W. W. Cotton* for defendant in error.

---

No. 248. ANDREW PATTERSON, PLAINTIFF IN ERROR, *v.* ISHAM TAYLOR, JAILER, ETC. In error to the Supreme Court of the State of Florida. March 13, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. J. Douglas Wetmore* and *Mr. Isaac L. Purcell* for plaintiff in error. No appearance for defendant in error.

---

No. 354. MARGARET SAYLOR, APPELLANT, *v.* JOHN C. FRANTZ. Appeal from the Supreme Court of the Territory of Oklahoma. March 18, 1907. Dismissed with costs, on authority of counsel for appellant. *Mr. S. H. Harris* for appellant. *Mr. Frank Dale* and *Mr. A. G. C. Bierer* for appellee.

---

No. 268. ROBERT MANFORD, PLAINTIFF IN ERROR, *v.* THE STATE OF MINNESOTA. In error to the Supreme Court of the